# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| CRAIG SCHULTZ,<br><br>　　Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., fka ER SOLUTIONS INC., AND AMERICREDIT FINANCIAL SOLUTIONS, INC.,<br><br>　　Defendants. | :<br>NO. 6:12-cv-02010-LRR<br>d<br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AMERICREDIT FINANCIAL SOLUTIONS, INC. ONLY** |

_____

　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and LR 41, Plaintiff has filed with the Clerk of the District Court, Northern District of Iowa Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Americredit Financial Solutions, Inc., ONLY.

　　Respectfully submitted this 27th day of March, 2012

　　　　　　　　　　　　　　　　　　　　/s/ JD Haas_____
　　　　　　　　　　　　　　　　　　　　JD Haas, Esq.
　　　　　　　　　　　　　　　　　　　　***JD H**AAS AND **A**SSOCIATES**, PLLC***
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　10564 France Avenue South
　　　　　　　　　　　　　　　　　　　　Bloomington, MN 55431
　　　　　　　　　　　　　　　　　　　　Telephone:　　(952) 345-1025
　　　　　　　　　　　　　　　　　　　　Facsimile:　　(952) 854-1665
　　　　　　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　　　　　　JDH<span>AAS</span>@A<span>TTORNEYS</span>F<span>OR</span>C<span>ONSUMERS</span>.<span>COM</span>

1

*Co-counsel with* ***WEISBERG & MEYERS, LLC***

5025 N. Central Ave. #602
Phoenix, AZ 85012
Not admitted before this Court
ECF@ATTORNEYSFORCONSUMERS.COM

## **CERTIFICATE OF SERVICE**

I certify that on March 27, 2012, I filed the foregoing with the clerk of the United States District Court for the Northern District of Iowa using CM/ECF.

/s/JD Haas
JD Haas