IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| CRAIG SCHULTZ, | |
|---|---|
| Plaintiff, | No. C 12-2010 |
| vs. | NOTICE OF DISMISSAL |
| CONVERGENT OUTSOURCING, INC. formerly known as ER SOLUTIONS, INC., | |
| Defendant. | |

This action is dismissed pursuant to Local Rule 41, a copy of which is attached, unless appropriate action is taken by or no later than July 11, 2012.

DATED: June 27, 2012

ROBERT L. PHELPS
Clerk of Court
U.S. District Court for the Northern District of Iowa

By: _____
Deputy Clerk