IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CRAIG SCHULTZ,<br><br>    Plaintiff,<br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br>fka ER SOLUTIONS INC.,<br><br>    Defendant. | NO: 6:12-cv-02010-LRR<br><br><br><br>STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, **with prejudice,** by the Plaintiff, Craig Schultz, and against the Defendant, Convergent Outsourcing, Inc. fka ER Solutions Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
J.D. Haas
Counsel for Plaintiff

105 64 France Ave. South
Bloomington, MN 55431
Address

(952) 345-1025
Telephone Number

Dated:_____

_____
Matthew D. Jacobson
Counsel for Defendant

317 Sixth Ave., Ste. 1200
Des Moines, IA 50309
Address

(515) 246-5531
Telephone Number

Dated: 6-5-2012